# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY, | CASE NO. 1:11-cv-01805-AWI-SKO |
| Plaintiff, | **ORDER GRANTING *NUNC PRO TUNC* PARTIES' STIPULATED REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| AMERICAN TRUCK & TRAILER BODY COMPANY, | (Docket No. 8) |
| Defendant. | |
| _____/ | |

On December 28, 2011, the parties filed a stipulated request that Defendant American Truck & Trailer Body Company, Inc. be granted additional time to file a response to Plaintiff's complaint. A response to the complaint was originally due on or before November 28, 2011.  Due to a miscommunication, Defendant's counsel did not receive notice that the suit had been filed until the last week in December; thus, the parties stipulated that Defendant be permitted until December 30, 2011, to file a response to the complaint. (Doc. 8.)  On December 30, 2011, Defendant filed an answer to the complaint.  (Doc. 9.)

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated request permitting Defendant additional time to file a response to the complaint is GRANTED *nunc pro tunc.*

IT IS SO ORDERED.

**Dated:   January 3, 2012**           /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE