# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY, | CASE NO. 1:11-cv-01805-AWI-SKO |
| Plaintiff, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| AMERICAN TRUCK & TRAILER BODY COMPANY, | |
| Defendant. _____/ | |

On February 28, 2012, a Scheduling Conference was held in this matter. The parties stipulated that the case was properly venued in the Sacramento Division of the U.S. District Court for the Eastern District of California. (*See* Doc. 14.) The parties requested additional time to meet and confer as to whether the matter should be heard in the Sacramento Division of the U.S. District Court for the Eastern District of California or whether the matter should be dismissed so that Plaintiff could instead proceed in San Joaquin County Superior Court.

The parties were to inform the Court as to the outcome of their meet and confer discussions, but failed to do so. Therefore, the parties shall file a joint status report regarding whether this matter shall be transferred to the Sacramento Division or whether the matter should be dismissed so that Plaintiff may proceed in San Joaquin County Superior Court.

Accordingly, IT IS HEREBY ORDERED that no later than Thursday, April 12, 2012, the parties file a joint status report as indicated above.

IT IS SO ORDERED.

**Dated:   April 9, 2012**             /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE